## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

**FREDDY PATRICE POSSIAN**
**DOB:**

I, Christopher DeFelice , being first duly sworn, depose and state as follows:

### AFFIANT'S BACKGROUND

1. I have been a sworn officer of the United States Secret Service (USSS) since 2016.  I am familiar with the facts and circumstances set forth below from my personal participation in the investigation, my review of documentation and publicly-available information, and my conversations with other law enforcement officers.  Where the actions, statements, and conversations of others are recounted herein, they are recounted in substance and part, unless otherwise indicated.  Where the affidavit contains items in quotation marks, those quotations are based on agent notes and may not be completely verbatim.  Because this affidavit is being submitted for the limited purpose of supporting a criminal complaint, I am setting forth only those facts and circumstances necessary to establish probable cause for the issuance of the requested complaint.  Unless otherwise indicated, all written and oral statements referred to herein are set forth in substance and in part, rather than verbatim.

### PURPOSE OF AFFIDAVIT

2. This affidavit is in support of a criminal complaint charging **FREDDY PATRICE POSSIAN ("Possian")** with having knowingly and willfully made a threat to take the life of, to kidnap, or to inflict bodily harm upon the President of the United States, in violation of 18 U.S.C. § 871.

### FACTUAL BASIS SUPPORTING PROBABLE CAUSE

3. On or about July 28, 2018, at around 6:15 am, the USSS learned that a male individual had called 911 and stated that he was in front of the White House waiting for police officers to kill him.  The 911 dispatcher who had received the call informed the USSS of the phone number from which it was received.

4. Several additional calls to 911 were placed by the same phone number, all between 6:00 a.m. and 7:00 a.m. on or about July 28, 2018.  In the second of the 911 calls, the caller stated, "mayday, mayday, the White House has been taken over."  In the third call, the caller stated that he was going to shoot up the White House, that he was in the White House, and that he was going shoot the President.  The caller declined to provide his name.  In a fourth 911 call, the caller stated that he is Bin Laden, that he has the President with him and is going to kill him.  The caller said he was going to make a video and asked the dispatcher for the President's name.  In a fifth 911 call, the caller stated that he has a pipe bomb and is about to drive to the White House.  In a sixth 911 call, the caller stated that he was at the Embassy of Senegal and was going to shoot it up.

5. The USSS learned through records checks that the phone number that had placed each of these 911 calls was registered to Possian's mother, and that the phone number was used by Possian, a male resident of the District of Columbia. USSS agents spoke with Possian's parents, and learned that they had contacted Possian in the past by calling the same phone number.

6. Possian had been placed under arrest on July 23, 2018, by officers of the Metropolitan Police Department, and the arrest paperwork includes the same phone number as belonging to Possian. The arrest stemmed from a domestic disturbance where Possian was accused of threatening his parents. Possian was charged in the D.C Superior Court the following day (July 24, 2018) with attempting to make threats to do bodily harm, and was released pending trial. USSS identified a photograph of Possian.

7. The USSS learned that Possian drove a 2004 gold Mercedes, C-240 class, with DC registration tag FE0851. The USSS located the car in the 1400 block of Meridian Place, Northwest, Washington, D.C. At around 11:30 a.m. on July 28, 2018, USSS agents saw an individual matching Possian's description accessing the car. Possian identified himself by name and as the user of the car. Possian was asked whether he had a cell phone on him, and he provided conflicting information on whether the phone was in the car, in a bag on top of the car, or at his home. Possian was placed under arrest at around 2:15 p.m. Possian invoked his Miranda rights and declined to answer questions. USSS seized the 2004 Mercedes Benz (along with the bag that had been on top of the car), and it is currently located in Washington, D.C.

8. The 911 calls that Possian placed caused the USSS to close to the public two blocks of Pennsylvania Avenue, in Northwest, Washington, D.C., on the north side of the White House. The USSS also elevated its defensive posture along the north side of the White House. The USSS resumed normal operations with respect to this threat at around 7:40 a.m. USSS officers were also dispatched to the Senegal Embassy in Washington, D.C., with full lights and sirens.

9. The USSS learned from Possian's parents that Possian had been told to move out of his parents' home last week due to erratic behavior and smoking marijuana. Possian's father reported that he had been assaulted by Possian in May of 2018, and that Possian is currently prescribed an anti-psychotic medication. Possian's parents reported that Possian has not previously shown interest in assaulting protectees of the USSS.

CONCLUSION

10. Based on the abovementioned facts, I submit there is probable cause to believe that on or about July 28, 2018, Possian knowingly and willfully made a threat to take the life of, to kidnap, or to inflict bodily harm upon the President of the United States, in violation of 18 U.S.C. § 871.

_____
Christopher DeFelice
United States Secret Service

Subscribed and sworn before me this_____day of July, 2018.

_____
Hon. Deborah Robinson
United States Magistrate Judge